IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMANDA L. PAYNE,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO: 12-00571-KD-C |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 22, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 7th day of **May 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**