IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA L. PAYNE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-00571-KD-C |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 24) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 22, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act (Doc. 21) is **GRANTED** such that Plaintiff is awarded attorney's fees in the amount of **$3,306.06** and court costs in the amount of **$350.00**.

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **9th** day of **September 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**