IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA L. PAYNE, | : |
|    Plaintiff, | : |
| v. | :   Civil Action No. 12-00571-KD-C |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : |
|    Defendant. | : |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Amanda L. Payne is awarded attorney's fees in the amount of **$3,306.06** under the Equal Access to Justice Act ("EAJA"), representing compensation for eighteen (18) hours of service by Byron A. Lassiter, Esquire, at the cost-of-living-adjusted rate of $183.67 per hour, and court costs of **$350.00**. Accordingly, the total EAJA award due and owing Plaintiff is **$3,656.06**. The filing fee portion of the EAJA award is to be reimbursed from the Judgment Fund administered by the United States Department of Treasury.

**DONE** and **ORDERED** this the **9**th day of **September 2013.**

                                          /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**