IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMANDA L. PAYNE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-00571-KD-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Amanda L. Payne is awarded attorney's fees in the amount of **$3,306.06** under the Equal Access to Justice Act ("EAJA"), representing compensation for eighteen (18) hours of service by Byron A. Lassiter, Esquire, at the cost-of-living-adjusted rate of $183.67 per hour, and court costs of **$350.00**. Accordingly, the total EAJA award due and owing Plaintiff is **$3,656.06**. The filing fee portion of the EAJA award is to be reimbursed from the Judgment Fund administered by the United States Department of Treasury.

**DONE** and **ORDERED** this the **9**[th] day of **September 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**