IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMANDA PAYNE,
:
    Plaintiff,
:
:
v.
:        CIVIL ACTION 12-00571-KD-C
:
CAROLYN W. COLVIN,
:
Commissioner of Social Security,
:
    Defendant.
:

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 29, 2014, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Petitioner receive the reasonable attorney's fee of $5,508.00 for services rendered in this Court pursuant to 42 U.S.C. § 406(b), and that upon receipt of this sum from the Social Security Administration, Petitioner must refund to Payne the smaller attorney-fee award made in this case of $3,306.06.

**DONE** and **ORDERED** this the **13th** day of **November 2014.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**